Order issued: October 10 , 2012



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-12-00868-CV

**DAN LOPEZ, Appellant**

**V.**

**RS CLARK & ASSOCIATES, INC., Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-07834-A**

## ORDER

By orders dated August 31, 2012 and September 27, 2012, the Court ordered Gary Fitzsimmons, Dallas County District Clerk, to file within twenty days a supplemental clerk's record containing: (1) the Defendant's Contest to the Judgment Debtor's Claimed Net Worth; and (2) the trial court's order on the contest signed on July 31, 2012. As of today's date, we have not received the requested supplemental clerk's record. Accordingly, we again **ORDER** Gary Fitzsimmons, Dallas County District Court Clerk, to file, **WITHIN SEVEN DAYS OF THE DATE OF THIS ORDER**, a supplemental clerk's record containing the above-mentioned two documents.

We **DIRECT** the Clerk of this Court to send copies of this order by electronic transmission to Gary Fitzsimmons, Dallas County District Clerk; to the Dallas County District Clerk, Civil Records Division; and to counsel for all parties.

ELIZABETH LANG-MIERS
JUSTICE